**Kedric Lamar WHITMORE,**
**Petitioner–Appellant,**

v.

**Charles Molony CONDON, Attorney General of South Carolina,**
**Respondent–Appellee.**

No. 02–7199.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Kedric Lamar Whitmore, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kedric Lamar Whitmore appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record accepting the recommendation of the magistrate judge and conclude that Whitmore has not made a substantial showing of the denial of a constitutional right. *See Whitmore v. Condon*, No. CA–01–4407–3–24BC (D.S.C. July 31, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal for the reasons stated by the district court. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*